# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC SAPIR, | Case No.: 2:21-cv-09452-AB (JEMx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of counsel and good cause shown, the Court hereby **ORDERS** that this matter be dismissed in its entirety with prejudice and that each party bear its respective costs and attorneys' fees.

Dated: January 20, 2022

_____
Hon. André Birotte Jr.
United States District Judge